BERTRAM SCHWARZ et al., Infants, by MAX SCHWARZ, Their Guardian ad Litem, Appellants, *v.* JOSEPH A. BRODERICK, as Superintendent of Banks in Charge of Liquidation of THE LONG BEACH TRUST COMPANY, et al., Respondents.

(Submitted November 27, 1935; decided December 13, 1935.)

*Maurice Rubinger* and *Robert Jacobs* for appellants.

*Jacob Radzivill, Henry L. Bayles, J. Jennings Mahran* and *William A. Shea* for respondents.

Judgment affirmed, with costs; no opinion.

Concur: CRANE, Ch. J., LEHMAN, O'BRIEN, HUBBS, LOUGHRAN and FINCH, JJ.   Not sitting: CROUCH, J.